**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6284**

_____

MUHAMMAD ABD SALEEM EURY,

Plaintiff - Appellant,

versus

F. FIELDS; MR. GLENDE; D. SPACNOULA; T. BRUN-
SON; D. L. BAYLOR; MR. MORRIS; MR. MCINTIRE;
MR. MOREHEAD,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-01-60)

_____

Submitted:  April 12, 2001          Decided:  April 23, 2001

_____

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Muhammad Abd Saleem Eury, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Muhammad Eury appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Eury v. Fields, No. CA-01-60 (E.D. Va. Feb. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2